FRANKLIN HAINES, Appellant, *v.* AMZI L. BARBER et al.,
Respondents.

*Haines* v. *Barber*, 113 App. Div. 696, appeal dismissed.
(Argued February 18, 1907; decided February 26, 1907.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 17, 1906, which reversed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and granted a new trial in an action to restrain the forfeiture of the plaintiff's rights under a certain agreement and to set aside a sale of certain stock thereunder.

The motion was made upon the ground that the judgment of Special Term was unanimously reversed upon the facts as well as upon the law.

*Louis L. Babcock* for motion.

*Abraham Benedict* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

OSCAR MEIROWITZ et al., Composing the Firm of MEIROWITZ
& WEBER, Respondents, *v.* HOME INSURANCE COMPANY,
Appellant.

Reported below, 116 App. Div. 913.
(Argued February 18, 1907; decided February 26, 1907.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 12, 1906, affirming a judgment in favor of plaintiffs entered upon a verdict and an order denying a motion for a new trial in an action to recover upon policies of fire insurance.

The motion was made upon the ground that no substantial question of law was involved.

*Walter M. Rosebault* for motion.

*Alfred B. Nathan* opposed.

Motion denied.